IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-cv-00160-GCM

| | |
|---|---|
| ERIC S. SOLHEIM, in his individual capacity and as the duly appointed representative of Finn Solheim, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN S. FRANK, <br><br> Defendant. | **ORDER** |

THIS MATTER IS BEFORE THE COURT upon consideration of the foregoing Consent Motion to Stay Initial Attorneys' Conference [doc. #6], IT is hereby ORDERED, ADJUDGED and DECREED that this Motion is GRANTED: the parties are directed to conduct an initial attorneys' conference in accordance with LCvR 16.1 and otherwise comply with the requirements of LCvR 16.1 within fourteen (14) days after joinder of the issues occurs on the amended complaint filed by Plaintiff, or, to the extent no amended complaint is filed, on or prior to July 29, 2011.

Signed: July 11, 2011

Graham C. Mullen
United States District Judge