IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-160-GCM

| | |
|---|---|
| ERIC S. SOLHEIM, in his individual capacity and as the duly appointed representative of Finn Solheim,<br>　　　　　　Plaintiff,<br><br>v.<br><br>JONATHAN S. FRANK, SCOTT SIMPSON and LIS, LLC a/k/a Life Insurance Services a/k/a Lis Capitas,<br>　　　　　　Defendants, | **ORDER** |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference on **August 16, 2012, at 10:30 a.m. in Courtroom #3.**

IT IS SO ORDERED.

Signed: July 24, 2012

Graham C. Mullen
United States District Judge