IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:11-cv-00160

| | | |
|---|---|---|
| ERIC S. SOLHEIM, in his individual capacity and as the duly appointed representative of Finn Solheim, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| JONATHAN S. FRANK, | ) ) | |
| Defendants. | ) ) ) | |

      THIS MATTER is before the Court on its own Motion. On August 16, 2012, the Court held a status conference and ORDERED the Defendant to file his dispositive motion before this dispute proceeds to trial. Accordingly, the Court hereby **ORDERS** that Defendant shall file his dispositive motion no later than **September 17, 2012.** Plaintiff shall have **21 days**, from the date Defendant files his dispositive motion, to file a response. Defendant shall then have **14 days**, from the date Plaintiff files his response, to file a reply. Failure of either party to comply with this Order shall result in sanctions to that party.

      The Court also **ORDERS** that the current trial date of September 10, 2012 is rescheduled to a later date to be set by this Court.

      **IT IS SO ORDERED**.

Signed: August 16, 2012

Graham C. Mullen
United States District Judge